Rita LEMONS, Individually, doing business as Experts Are Us Inc., doing business as Experts Are Us Medical Equipment, doing business as Experts Are Us Lovely's Home Care, Plaintiff–Appellant

v.

PALMETTO GBA; National Supplier Clearinghouse; Choice Point Commercial Specialists; Pamela Gadson, Individually and In the Capacity of Application Processor/Analysis; Mark Porter, Individually and In the Capacity of an Inspector; Administration Centers for Medicare and Medicaid Service; Administar; Tanya Mattingly; Erika Williams; Brian Banks; Marlin King; Shanna Goldsborough; Alonzo Cuellar; Kimberly Drake, Defendants–Appellees.

No. 09–20364
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 9, 2010.

Afton Jane Izen, Bellaire, TX, for Plaintiff–Appellant.

Kevin Charles Aiman, U.S. Attorney's Office, Houston, TX, for Defendants–Appellees.

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. Appellant fails to show any

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

ground of subject matter jurisdiction in federal court for her many complaints. Appellant Lemons has no standing to complain of the revocation of a supplier number of Experts Are Us. Nor has she shown that Experts Are Us would have a legal right of appeal and access to federal court.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.